IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

SERGIO WINSTON ARCHER HENDERSON,

    Petitioner,

v.                            Case No. 5D22-1593
                                 LT Case No. 2009-CF-3535-A

STATE OF FLORIDA,

    Respondent.

_____/

Opinion filed October 21, 2022

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Sergio Winston Archer Henderson,
Raiford, pro se.

No Appearance for Respondent.

PER CURIAM.

     Due to Petitioner's apparent abuse of the legal process by his abusive, repetitive, malicious, or frivolous pro se filings attacking his judgments and sentences in Seminole County Circuit Court Case No. 2009-CF-3535-A, this Court issued an order directing Petitioner to show cause why he should not be prohibited from future pro se filings. *See State v. Spencer*, 751 So. 2d

47, 48 (Fla. 1999). Having carefully considered the response and finding it fails to show cause why sanctions should not be imposed, we conclude that Petitioner is abusing the judicial process and should be barred from further pro se filings.

Therefore, in order to conserve judicial resources, the Clerk of this Court is directed not to accept any further pro se filings concerning the above referenced case. Any future filings regarding the referenced case will be summarily rejected by the Clerk unless filed by a member in good standing of The Florida Bar. *See Isley v. State*, 652 So. 2d 409, 411 (Fla. 5th DCA 1995) ("Enough is enough."). The Clerk is further directed to forward a certified copy of this opinion to the appropriate institution for consideration of disciplinary proceedings. *See* § 944.279(1), Fla. Stat. (2022); *Simpkins v. State*, 909 So. 2d 427, 428 (Fla. 5th DCA 2005).

FUTURE PRO SE FILINGS PROHIBITED.

LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.